**Subamma Tara NAIDU, aka
Tarawati, Petitioner,**

v.

**Alberto R. GONZALES, Attorney
General, Respondent.**

No. 05–75717.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 6, 2006.*

Filed Nov. 14, 2006.

Alan M. Kaufman, Esq., Kaufman Law
Office, San Francisco, CA, for Petitioner.

Ronald E. LeFevre, Chief Counsel, Office of the District Counsel Department of
Homeland Security, San Francisco, CA,
Thankful T. Vanderstar, Esq., DOJ–U.S.
Department of Justice Civil Div./Office of
Immigration Lit., Washington, DC, for Respondent.

Before: LEAVY, GOULD, and
CLIFTON, Circuit Judges.

MEMORANDUM **

Subamma Tara Naidu, a native and citizen of Fiji, petitions for review of the
Board of Immigration Appeals' order
adopting and affirming an immigration
judge's order denying Naidu's applications
for asylum, withholding of removal, and
relief under the Convention Against Torture ("CAT"). We have jurisdiction under
8 U.S.C. § 1252. We review for substantial evidence, *Kumar v. Gonzales,* 439 F.3d
520, 524 (9th Cir.2006), and deny the petition for review.

Naidu, an ethnic Indian and Hindu, testified that in 1983 unidentified native Fijians threw rocks at her house and stole
three goats from her property. Naidu also
testified that her children continued to experience mistreatment in Fiji after she
arrived in the United States in 1986. Contrary to Naidu's contention, the evidence
does not compel the conclusion that the

---

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the
courts of this circuit except as provided by
9th Cir. R. 36–3.

1983 incident was motivated, even in part, by a statutorily protected ground, or that she has an objectively reasonable fear of being persecuted in the future. *See id.* at 524–25.

Because Naidu failed to establish eligibility for asylum, she necessarily failed to meet the higher burden for withholding of removal. *Id.*

Naidu does not challenge the agency's denial of relief under the CAT.

**PETITION FOR REVIEW DENIED.**